In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13481
_____

ERIK MISHIYEV,

*Plaintiff-Appellant,*

*versus*

UMG RECORDINGS, INC.,
SONY MUSIC ENTERTAINMENT,
THE ORCHARD MUSIC,
YT ROCKET,
INGROOVES, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-01942-MSS-NHA

_____

ORDER:

Erik Mishiyev's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

_____
UNITED STATES CIRCUIT JUDGE